No. 69298.—Reliance Int'l Mfg., Ltd. v. United States, protests 61/21703, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of plastic feeders and water fountains similar in all material respects to those the subject of Abstract 67011, the claim of the plaintiff was sustained.